NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-250

STATE OF LOUISIANA

VERSUS

MICHAEL A. EGGLESTON

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 65054
HONORABLE JOHN C. FORD, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

**Hon. William E. Tilley**
**District Attorney - 30th JDC**
**P.O. Box 1188**
**Leesville, LA 71496-1188**
**(337) 239-2008**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Mary Constance Hanes**
**Louisiana Appellate Project**
**P. O. Box 4015**
**New Orleans, LA 70178-4015**
**(504) 866-6652**
**Counsel for: Defendant/Appellant**
**Michael A. Eggleston**

**Michael A. Eggleston**
**Riverbend Detention Center**
**9450 Highway 65 South**
**Lake Providence, LA 71254-4006**
**Defendant/Appellant**